NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: GARY WAYNE HIRSCH,**
*Petitioner*

---

2023-131

---

On Petition for Extraordinary Writ.

---

**ON PETITION**

---

PER CURIAM.

## O R D E R

Gary Wayne Hirsch submits a "Petition for issuance of Writ of Habeas Corpus," ECF No. 2 at 1, and an "Amendment" to his petition, ECF No. 3 at 1.

Mr. Hirsch fails to allege any cognizable basis for our jurisdiction. *See* 28 U.S.C § 1295 (granting this court subject matter jurisdiction only over certain types of district court cases). Because we lack jurisdiction and see no basis for transfer, we dismiss this petition.

Accordingly,

2                                                    IN RE: HIRSCH

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

June 14, 2023                        /s/ Jarrett B. Perlow
        Date                          Jarrett B. Perlow
                                      Acting Clerk of Court